UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

INDIA MCAFEE,

    Plaintiff,

v.                                                        Case No: 6:24-cv-2005-JSS-DCI

AIRPROS USA, LLC,

    Defendant.
_____/

## ORDER

The parties jointly move to compel arbitration pursuant to their arbitration agreement (Dkt. 30-1) and seek a stay of the case pending the arbitration. (Dkt. 30.)

There is a "liberal federal policy favoring arbitration agreements." *Burch v. P.J. Cheese, Inc.*, 861 F.3d 1338, 1346 (11th Cir. 2017) (quoting *Caley v. Gulfstream Aerospace Corp.*, 428 F.3d 1359, 1367 (11th Cir. 2005)). Further, "district courts enjoy broad discretion in deciding how best to manage the cases before them." *Chudasama v. Mazda Motor Corp.*, 123 F.3d 1353, 1366 (11th Cir. 1997).

Accordingly, the parties' Joint Motion to Stay Proceedings Pending Arbitration (Dkt. 30) is **GRANTED** as follows:

1. The parties **SHALL** arbitrate this case pursuant to their arbitration agreement (Dkt. 30-1).

2. This matter is **STAYED** pending the final outcome of the arbitration.

- 2 -

3. The parties **SHALL** file a joint status report no later than five days after the arbitration reaches its final outcome.

4. The Clerk is **DIRECTED** to administratively close this case.

**ORDERED** in Orlando, Florida, on January 3, 2025.

JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record